# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CELL SURGICAL SOCIETY, a California Public Benefit Nonprofit Corporation, CELL SURGICAL NETWORK CORPORATION, a California Corporation, and CALIFORNIA STEM CELL TREATMENT CENTER, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>KATE KRAWCZYK, an individual, PHYSICIAN ROI, LLC, a Delaware Limited Liability Company, and DOES 1 through 40, inclusive<br><br>Defendants. | Case No. 5:24-cv-02173-AH-(SPx)<br><br>**AMENDED FINAL JUDGMENT**<br><br>**[JS-6]** |

Pursuant to the Court's Order granting Plaintiff's Motion for Default Judgment, IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

1. Judgment is entered against Defendants, and each of them, for Trademark Infringement in violation of 15 U.S.C. § 1125(a); Trade Dress Infringement in violation of 15 U.S.C. § 1125(a); Cyberpiracy in violation of 15 U.S.C. § 1125(d); and Unfair Competition in violation of 15 U.S.C. § 1125(a).

2. Plaintiffs are awarded monetary damages in the amount of $269,056.02.

3. Treble damages are awarded, bringing the monetary damage award to $807,168.06.

4. A permanent injunction hereby issues Defendants, and each of them, from maintaining a website with names deceptively similar to the names of Plaintiffs and their websites, including use of the terms "CellSurgicalConference," "Cell Surgical Conference," "Cell Surgical Network," "CSC," "CSCDigital," "CSCDigitalTV," "ICSS," "Regenatrak," "stemcellrevolution," "Stem Cell Revolution," "StemCellClinicsOfAmerica," "California Stem Cell Treatment Center," "CSCTC," "CaliforniaStemCellTreatmentCenter," or anything similarly named or designed to suggest affiliation with such names; from impersonating Plaintiffs or inducing the public or customers of Plaintiffs to believe that material published by Defendants originates from Plaintiffs, from publishing and selling access to Plaintiffs' intellectual property, including images, text, audio and video recordings, and expert medical materials entrusted to Defendants by Plaintiffs, as well as customer lists and contact information; Defendants are further mandated to return all of the above intellectual property to Plaintiffs, restore their access to all such intellectual property, and destroy any and all copies of such intellectual property.

5. Plaintiffs are awarded attorney's fees in the amount of $12,456.25.

6. Plaintiffs are awarded costs in the amount of $799.22.

7. The Clerk of the Court shall close this case, except that this Court shall retain jurisdiction for the purpose of enforcing this Order.

This is a final judgment.

Dated: April 10, 2025

*Annettway*

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE

CC:FISCAL